IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 Case |
| | ) | |
| 1665 Milwaukee, Inc., | ) | Case No. 11-20838 |
| | ) | Judge Susan Pierson Sonderby |
| Debtor. | ) | |

### ORDER SETTING FINAL HEARING ON T & W FINANCIAL LLC'S MOTION FOR RELIEF FROM STAY AND GRANTING OTHER RELIEF

This case coming to be heard on T & W Financial LLC's Motion for Relief From the Automatic Stay (the "Lift Stay Motion")[1], and the Court having heard the statements of counsel for the Debtor, 1665 Milwaukee, Inc., and for T&W Financial LLC ("T&W"), and the Court being advised in the premises, it is hereby **ORDERED** that:

1. The Debtor shall file its response to the Lift Stay Motion on or before July 14, 2011; and

2. T&W shall file its reply in support of the Lift Stay Motion on or before July 29, 2011; and

3. A final hearing pursuant to 11 U.S.C. § 362(e) on the Lift Stay Motion will be held on August 10, 2011, beginning at the hour of 2:00 p.m.; and

4. The continuation of the automatic stay pending final hearing on the Lift Stay Motion is conditioned on the Debtor paying T&W, no later than July 14, 2011, the sum of $1,300.00 for the costs and expenses to be incurred by T&W in continuing the foreclosure sale of the Mortgaged Real Estate in the Cook County Foreclosure Action scheduled for July 14, 2011, and publishing new notice of the continued foreclosure sale to be held after August 10, 2011; and

---

[1] Unless otherwise indicated, all of the capitalized terms used herein shall have the same meanings ascribed to such terms in the Lift Stay Motion.

5. If, for any reason, the Debtor fails to make timely payment to T&W as hereinabove required, then in such event T&W shall be entitled to immediate relief from the automatic stay as requested in the Lift Stay Motion; and

6. Except as hereinabove provided and conditioned, the stay will remain in effect pending final hearing on the Lift Stay Motion.

Dated: 7/13/11  ENTER: _____
UNITED STATES BANKRUPTCY JUDGE

**This Order Prepared By:**
AUGUST A. PILATI, ESQ. (ARDC No. 03125503)
AUGUST A. PILATI AND ASSOCIATES, LTD.
Attorney for T&W Financial LLC
53 West Jackson Boulevard, Suite 528
Chicago, IL 60604
(312) 726-3100